UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL.

Plaintiff(s)
Petitioner(s)

- against -

HARBOR MEDICAL GROUP, P.C., ET AL.

Defendant(s)
Respondent(s)

INDEX #: 2:23-CV-09038-JMA-AYS
DATE FILED: 12/13/2023

ATTORNEY FILE#: 5100-3244

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

STEFPHANIE CORLEONE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 12/20/2023, 04:06PM at 99 WASHINGTON AVENUE, 6TH FLOOR, ALBANY NY 12231, deponent served a SUMMONS IN A CIVIL ACTION, COMPLAINT WITH EXHIBITS "1" THROUGH "3" AND CIVIL COVER SHEET on COASTAL MEDICAL P.C. S/H/A COASTAL MEDICAL, P.C., a defendant in the above action.

Deponent served SUE ZOUKY, an employee with the NEW YORK Secretary of State, with 2 copies of the above described papers and a fee of $40.00, pursuant to section 306B of the NY BUSINESS CORPORATION LAW.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F    Approximate age 54    Approximate height 5'05"    Approximate weight 170    Color of skin WHITE    Color of hair BLONDE

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY  11556-0926
(516)357-3000

_____
STEFPHANIE CORLEONE

Sworn to before me on 12/23/2023
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2025