UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY COMPANY<br><br>                                        Plaintiffs,<br>     -against-<br><br>HARBOR MEDICAL GROUP, P.C., CONFIDENT MEDICAL SERVICES, P.C., COASTAL MEDICAL, P.C., ALEXANDR ALEXEEVICH ZAITSEV, M.D., MARK KAMINAR, ANTHONY BENEVENGA, FINANCIAL VISION GROUP, LLC, FINANCIAL VISION GROUP II, LLC FORMERLY KNOWN AS ADF EQUITIES, LLC, FINANCIAL VISION GROUP III, LLC, FINANCIAL VISION GROUP IV, LLC, DANIEL KANDHOROV, AND JOHN DOE DEFENDANTS NOS. 1-5,<br><br>                                        Defendants. | 2:23-cv-09038-JMA-AYS<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

   PLEASE TAKE NOTICE that Ilevu Yakubov (Leo Jacobs) hereby appears in this action on behalf of Defendant Daniel Kandhorov.

   Undersigned counsel hereby certifies that he is admitted to practice in this Court.

Dated: New York, New York
       January 22, 2024

**JACOBS P.C.**

/s/ Ilevu Yabukov, Esq.

Ilevu Yakubov (Leo Jacobs), Esq.
595 Madison Ave
39th Floor
New York, NY 10022
(212) 229-8503
leo@jacobspc.com
*Attorneys for Defendant Daniel Kandhorov*