UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY COMPANY<br><br>                           Plaintiffs,<br>   -against-<br><br>HARBOR MEDICAL GROUP, P.C., CONFIDENT MEDICAL SERVICES, P.C., COASTAL MEDICAL, P.C., ALEXANDR ALEXEEVICH ZAITSEV, M.D., MARK KAMINAR, ANTHONY BENEVENGA, FINANCIAL VISION GROUP, LLC, FINANCIAL VISION GROUP II, LLC FORMERLY KNOWN AS ADF EQUITIES, LLC, FINANCIAL VISION GROUP III, LLC, FINANCIAL VISION GROUP IV, LLC, DANIEL KANDHOROV, AND JOHN DOE DEFENDANTS NOS. 1-5,<br><br>                           Defendants. | 2:23-cv-09038-JMA-AYS<br><br>**STIPULATION EXTENDING TIME TO ANSWER** |

It is hereby stipulated and agreed by and between Jacobs P.C., attorneys for Defendant DANIEL KANDHOROV ("Defendant"), and Rivkin Radler LLP, attorneys for Plaintiffs, that:

A.) Defendant's deadline to answer, move, or otherwise respond to the complaint is extended to April 19, 2024;

B.) Defendant waives any affirmative defense based on lack of jurisdiction based on improper service of process; and

C.) This stipulation may be signed in counterparts. A facsimile of a signature or an electronic notation of a signature ("/s/"), shall have the same force and effect as an original signature.

Dated: New York, New York
       March 28, 2024

| | |
|---|---|
| **RIVKIN RADLER LLP** <br> Attorneys for Plaintiffs | **JACOBS P.C.** <br> Attorneys for Defendant <br> Daniel Kandhorov |
| By:    */s/ Barry Levy* <br> BARRY LEVY, ESQ. <br> 926 RXR Plaza <br> Uniondale, New York 11556 <br> (516) 357-3149 <br> Barry.Levy@grivkin.com | By:    */s/ Leo Jacobs* <br> LEO JACOBS, ESQ. <br> 595 Madison Avenue, Fl. 39 <br> New York, New York 10022 <br> (212) 229-0476 <br> leo@jacobspc.com |

SO ORDERED:

_____
MAGISTRATE JUDGE ANNE Y. SHIELDS