UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO INDEMNITY COMPANY, GEICO GENERAL
INSURANCE COMPANY AND GEICO CASUALTY COMPANY,

                                                2:23-cv-09038

                    Plaintiffs,

             -against-

HARBOR MEDICAL GROUP, P.C., CONFIDENT MEDICAL
SERVICES, P.C., COASTAL MEDICAL, P.C., ALEXANDR
ALEXEEVICH ZAITSEV, M.D., MARK KAMINAR,
ANTHONY BENEVENGA, FINANCIAL VISION GROUP, LLC,
FINANCIAL VISION GROUP II, LLC FORMERLY KNOWN
AS ADF EQUITIES, LLC, FINANCIAL VISION GROUP III, LLC,
FINANCIAL VISION GROUP IV, LLC, DANIEL KANDHOROV,
AND JOHN DOE DEFENDANTS NOS. 1-5,

                    Defendants.
---------------------------------------------------------------------------x

## <u>ANSWER</u>

       In response to Plaintiffs' Complaint (the "Complaint"), Defendant Daniel Kandhorov

("Defendant") hereby submits his Answer, as follows:

       1.      The allegations set forth in paragraph 1 of the Complaint set forth statements of law

to which no response is required.  To the extent a response is required, Defendant denies the

allegations.

       2.      Denies the allegations set forth in paragraph 2 of the Complaint.

       3.      Denies the allegations set forth in paragraph 3 of the Complaint.

       4.      Denies the allegations set forth in paragraph 4 of the Complaint.

       5.      Denies the allegations set forth in paragraph 5 of the Complaint.

       6.      Denies knowledge or information sufficient to form a belief as to the allegations set

forth in paragraph 6 of the Complaint.

7.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 7 of the Complaint.

8.    Denies the allegations set forth in paragraph 8 of the Complaint.

9.    Denies the allegations set forth in paragraph 9 of the Complaint.

10.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 10 of the Complaint.

11.    Denies the allegations set forth in paragraph 11 of the Complaint.

12.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 12 of the Complaint.

13.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 13 of the Complaint.

14.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in 14 of the Complaint.

15.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 15 of the Complaint.

16.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 16 of the Complaint.

17.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 17 of the Complaint.

18.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 18 of the Complaint.

19.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 19 of the Complaint.

20.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 20 of the Complaint.

21.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 21 of the Complaint.

22.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 22 of the Complaint.

23.     Admits that Defendant resides in and is a citizen of New York and denies the remainder of the allegations set forth in paragraph 23 of the Complaint.

24.     Denies the allegations set forth in paragraph 24 of the Complaint.

25.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 25 of the Complaint.

26.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 26 of the Complaint.

27.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 27 of the Complaint.

28.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 28 of the Complaint.

29.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 29 of the Complaint.

30.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 30 of the Complaint.

31.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 31 of the Complaint.

32.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 32 of the Complaint.

33.     Denies the allegations set forth in paragraph 33 of the Complaint.

34.     Denies the allegations set forth in paragraph 34 of the Complaint.

35.     The allegations set forth in paragraph 35 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

36.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 36 of the Complaint.

37.     The allegations set forth in paragraph 37 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

38.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 38 of the Complaint.

39.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 39 of the Complaint.

40.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 40 of the Complaint.

41.     The allegations set forth in paragraph 41 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

42.     The allegations set forth in paragraph 42 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

43.     The allegations set forth in paragraph 43 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

44.     The allegations set forth in paragraph 44 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

45.     The allegations set forth in paragraph 45 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

46.     The allegations set forth in paragraph 46 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

47.     The allegations set forth in paragraph 47 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

48.     The allegations set forth in paragraph 48 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

49.     The allegations set forth in paragraph 49 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

50.     The allegations set forth in paragraph 50 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

51.     The allegations set forth in paragraph 51 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

52.     The allegations set forth in paragraph 52 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

53.     The allegations set forth in paragraph 53 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

54.     The allegations set forth in paragraph 54 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

55.     The allegations set forth in paragraph 55 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

56.     The allegations set forth in paragraph 56 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

57.     The allegations set forth in paragraph 57 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

58.     The allegations set forth in paragraph 58 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

59.     The allegations set forth in paragraph 59 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

60.     The allegations set forth in paragraph 60 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

61.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 61 of the Complaint.

62.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 62 of the Complaint.

63.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 63 of the Complaint.

64.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 64 of the Complaint.

65.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 65 of the Complaint.

66.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 66 of the Complaint.

67.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 67 of the Complaint.

68.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 68 of the Complaint.

69.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 69 of the Complaint.

70.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 70 of the Complaint.

71.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 71 of the Complaint.

72.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 72 of the Complaint.

73.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 73 of the Complaint.

74.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 74 of the Complaint.

75.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 75 of the Complaint.

76.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 76 of the Complaint.

77.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 77 of the Complaint.

78.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 78 of the Complaint.

79.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 79 of the Complaint.

80.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 80 of the Complaint.

81.     Denies the allegations set forth in paragraph 81 of the Complaint.

82.     Denies the allegations set forth in paragraph 82 of the Complaint.

83.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 83 of the Complaint.

84.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 84 of the Complaint.

85.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 85 of the Complaint.

86.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 86 of the Complaint.

87.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 87 of the Complaint.

88.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 88 of the Complaint.

89.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 89 of the Complaint.

90.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 90 of the Complaint.

91.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 91 of the Complaint.

92.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 92 of the Complaint.

93.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 93 of the Complaint.

94.     Denies the allegations set forth in paragraph 94 of the Complaint.

95.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 95 of the Complaint.

96.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 96 of the Complaint.

97.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 97 of the Complaint.

98.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 98 of the Complaint.

99.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 99 of the Complaint.

100.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 100 of the Complaint.

101.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 101 of the Complaint.

102.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 102 of the Complaint.

103.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 103 of the Complaint.

104.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 104 of the Complaint.

105.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 105 of the Complaint.

106.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 106 of the Complaint.

107.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 107 of the Complaint.

108.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 108 of the Complaint.

109.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 109 of the Complaint.

110.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 110 of the Complaint.

111.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 111 of the Complaint.

112.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 112 of the Complaint.

113.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 113 of the Complaint.

114.    Denies the allegations set forth in paragraph 114 of the Complaint.

115.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 115 of the Complaint.

116.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 116 of the Complaint.

117.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 117 of the Complaint.

118.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 118 of the Complaint.

119.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 119 of the Complaint.

120.    Denies the allegations set forth in paragraph 120 of the Complaint.

121.    Denies the allegations set forth in paragraph 121 of the Complaint.

122.    Denies the allegations set forth in paragraph 122 of the Complaint.

123.    Denies the allegations set forth in paragraph 123 of the Complaint.

124.    Denies the allegations set forth in paragraph 124 of the Complaint.

125.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 125 of the Complaint.

126.     Denies the allegations set forth in paragraph 126 of the Complaint.

127.     Denies the allegations set forth in paragraph 127 of the Complaint.

128.     Denies the allegations set forth in paragraph 128 of the Complaint.

129.     Denies the allegations set forth in paragraph 129 of the Complaint.

130.     Denies the allegations set forth in paragraph 130 of the Complaint.

131.     Denies the allegations set forth in paragraph 131 of the Complaint.

132.     Denies the allegations set forth in paragraph 132 of the Complaint.

133.     Denies the allegations set forth in paragraph 133 of the Complaint.

134.     Denies the allegations set forth in paragraph 134 of the Complaint.

135.     Denies the allegations set forth in paragraph 135 of the Complaint.

136.     Denies the allegations set forth in paragraph 136 of the Complaint.

137.     Denies the allegations set forth in paragraph 137 of the Complaint.

138.     Denies the allegations set forth in paragraph 138 of the Complaint.

139.     Denies the allegations set forth in paragraph 139 of the Complaint.

140.     Denies the allegations set forth in paragraph 140 of the Complaint.

141.     Denies the allegations set forth in paragraph 141 of the Complaint.

142.     Denies the allegations set forth in paragraph 142 of the Complaint.

143.     Denies the allegations set forth in paragraph 143 of the Complaint.

144.     Denies the allegations set forth in paragraph 144 of the Complaint.

145.     Denies the allegations set forth in paragraph 145 of the Complaint.

146.     Denies the allegations set forth in paragraph 146 of the Complaint.

147.    Denies the allegations set forth in paragraph 147 of the Complaint.

148.    Denies the allegations set forth in paragraph 148 of the Complaint.

149.    Denies the allegations set forth in paragraph 149 of the Complaint.

150.    Denies the allegations set forth in paragraph 150 of the Complaint.

151.    Denies the allegations set forth in paragraph 151 of the Complaint.

152.    Denies the allegations set forth in paragraph 152 of the Complaint.

153.    Denies the allegations set forth in paragraph 153 of the Complaint.

154.    Denies the allegations set forth in paragraph 154 of the Complaint.

155.    Denies the allegations set forth in paragraph 155 of the Complaint.

156.    Denies the allegations set forth in paragraph 156 of the Complaint.

157.    Denies the allegations set forth in paragraph 157 of the Complaint.

158.    Denies the allegations set forth in paragraph 158 of the Complaint.

159.    Denies the allegations set forth in paragraph 159 of the Complaint.

160.    Denies the allegations set forth in paragraph 160 of the Complaint.

161.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 161 of the Complaint.

162.    Denies the allegations set forth in paragraph 162 of the Complaint.

163.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 163 of the Complaint.

164.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 164 of the Complaint.

165.    Denies the allegations set forth in paragraph 165 of the Complaint.

166.    Denies the allegations set forth in paragraph 166 of the Complaint.

167.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 167 of the Complaint.

168.    Denies the allegations set forth in paragraph 168 of the Complaint.

169.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 169 of the Complaint.

170.    Denies the allegations set forth in paragraph 170 of the Complaint.

171.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 171 of the Complaint.

172.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 172 of the Complaint.

173.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 173 of the Complaint.

174.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 174 of the Complaint.

175.    Denies the allegations set forth in paragraph 175 of the Complaint.

176.    Denies the allegations set forth in paragraph 176 of the Complaint.

177.    Denies the allegations set forth in paragraph 177 of the Complaint.

178.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 178 of the Complaint.

179.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 179 of the Complaint.

180.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 180 of the Complaint.

181.    Denies the allegations set forth in paragraph 181 of the Complaint.

182.    Denies the allegations set forth in paragraph 182 of the Complaint.

183.    Denies the allegations set forth in paragraph 183 of the Complaint.

184.    Denies the allegations set forth in paragraph 184 of the Complaint.

185.    The allegations set forth in paragraph 185 of the Complaint are statements that require no response.  To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the allegations.

186.    Denies the allegations set forth in paragraph 186 of the Complaint.

187.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 187 of the Complaint.

188.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 188 of the Complaint.

189.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 189 of the Complaint.

190.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 190 of the Complaint.

191.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 191 of the Complaint.

192.    Denies the allegations set forth in paragraph 192 of the Complaint.

193.    The allegations set forth in paragraph 193 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

194.    The allegations set forth in paragraph 194 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

195.    Denies the allegations set forth in paragraph 195 of the Complaint.

196.    The allegations set forth in paragraph 196 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

197.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 197 of the Complaint.

198.    Denies the allegations set forth in paragraph 198 of the Complaint.

199.    Denies the allegations set forth in paragraph 199 of the Complaint.

200.    Denies the allegations set forth in paragraph 200 of the Complaint.

201.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 201 of the Complaint.

202.    Denies the allegations set forth in paragraph 202 of the Complaint.

203.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 203 of the Complaint.

204.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 204 of the Complaint.

205.    Denies the allegations set forth in paragraph 205 of the Complaint.

206.    Denies the allegations set forth in paragraph 206 of the Complaint.

207.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 207 of the Complaint.

208.    Denies the allegations set forth in paragraph 208 of the Complaint.

209.    Denies the allegations set forth in paragraph 209 of the Complaint.

210.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 210 of the Complaint.

211.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 211 of the Complaint.

212.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 212 of the Complaint.

213.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 213 of the Complaint.

214.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 214 of the Complaint.

215.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 215 of the Complaint.

216.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 216 of the Complaint.

217.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 217 of the Complaint.

218.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 218 of the Complaint.

219.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 219 of the Complaint.

220.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 220 of the Complaint.

221.     Denies the allegations set forth in paragraph 221 of the Complaint.

222.     Denies the allegations set forth in paragraph 222 of the Complaint.

223.     Denies the allegations set forth in paragraph 223 of the Complaint.

224.     Denies the allegations set forth in paragraph 224 of the Complaint.

225.     Denies the allegations set forth in paragraph 225 of the Complaint.

226.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 226 of the Complaint.

227.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 227 of the Complaint.

228.     Denies the allegations set forth in paragraph 228 of the Complaint.

229.     Denies the allegations set forth in paragraph 229 of the Complaint.

230.     Denies the allegations set forth in paragraph 230 of the Complaint.

231.     Denies the allegations set forth in paragraph 231 of the Complaint.

232.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 232 of the Complaint.

233.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 233 of the Complaint.

234.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 234 of the Complaint.

235.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 235 of the Complaint.

236.    Denies the allegations set forth in paragraph 236 of the Complaint.

237.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 237 of the Complaint.

238.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 238 of the Complaint.

239.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 239 of the Complaint.

240.    Denies the allegations set forth in paragraph 240 of the Complaint.

241.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 241 of the Complaint.

242.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 242 of the Complaint.

243.    Denies the allegations set forth in paragraph 243 of the Complaint.

244.    Denies the allegations set forth in paragraph 244 of the Complaint.

245.    Denies the allegations set forth in paragraph 245 of the Complaint.

246.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 246 of the Complaint.

247.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 247 of the Complaint.

248.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 248 of the Complaint.

249.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 249 of the Complaint.

250.    Denies the allegations set forth in paragraph 250 of the Complaint.

251.    Denies the allegations set forth in paragraph 251 of the Complaint.

252.    Denies the allegations set forth in paragraph 252 of the Complaint.

253.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 253 of the Complaint.

254.    Denies the allegations set forth in paragraph 254 of the Complaint.

255.    Denies the allegations set forth in paragraph 255 of the Complaint.

256.    Denies the allegations set forth in paragraph 256 of the Complaint.

257.    Denies the allegations set forth in paragraph 257 of the Complaint.

258.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 258 of the Complaint.

259.    Denies the allegations set forth in paragraph 259 of the Complaint.

260.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 260 of the Complaint.

261.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 261 of the Complaint.

262.    Denies the allegations set forth in paragraph 262 of the Complaint.

263.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 263 of the Complaint.

264.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 264 of the Complaint.

265.    Denies the allegations set forth in paragraph 265 of the Complaint.

266.    Denies the allegations set forth in paragraph 266 of the Complaint.

267.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 267 of the Complaint.

268.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 268 of the Complaint.

269.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 269 of the Complaint.

270.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 270 of the Complaint.

271.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 271 of the Complaint.

272.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 272 of the Complaint.

273.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 273 of the Complaint.

274.    Denies the allegations set forth in paragraph 274 of the Complaint.

275.    Denies the allegations set forth in paragraph 275 of the Complaint.

276.    Denies the allegations set forth in paragraph 276 of the Complaint.

277.    Denies the allegations set forth in paragraph 277 of the Complaint.

278.    Denies the allegations set forth in paragraph 278 of the Complaint.

279.    Denies the allegations set forth in paragraph 279 of the Complaint.

280.    Denies the allegations set forth in paragraph 280 of the Complaint.

281.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 281 of the Complaint.

282.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 282 of the Complaint.

283.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 283 of the Complaint.

284.     Denies the allegations set forth in paragraph 284 of the Complaint.

285.     Denies the allegations set forth in paragraph 285 of the Complaint.

286.     Denies the allegations set forth in paragraph 286 of the Complaint.

287.     Denies the allegations set forth in paragraph 287 of the Complaint.

288.     Denies the allegations set forth in paragraph 288 of the Complaint.

289.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 289 of the Complaint.

290.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 290 of the Complaint.

291.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 291 of the Complaint.

292.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 292 of the Complaint.

293.     Denies the allegations set forth in paragraph 293 of the Complaint.

294.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 294 of the Complaint.

295.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 295 of the Complaint.

296.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 296 of the Complaint.

297.    Denies the allegations set forth in paragraph 297 of the Complaint.

298.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 298 of the Complaint.

299.    Denies the allegations set forth in paragraph 299 of the Complaint.

300.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 300 of the Complaint.

301.    Denies the allegations set forth in paragraph 301 of the Complaint.

302.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 302 of the Complaint.

303.    Denies the allegations set forth in paragraph 303 of the Complaint.

304.    Denies the allegations set forth in paragraph 304 of the Complaint.

305.    Denies the allegations set forth in paragraph 305 of the Complaint.

306.    Denies the allegations set forth in paragraph 306 of the Complaint.

307.    Denies the allegations set forth in paragraph 307 of the Complaint.

308.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 308 of the Complaint.

309.    Denies the allegations set forth in paragraph 309 of the Complaint.

310.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 310 of the Complaint.

311.    Denies the allegations set forth in paragraph 311 of the Complaint.

312.    Denies the allegations set forth in paragraph 312 of the Complaint.

313.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 313 of the Complaint.

314.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 314 of the Complaint.

315.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 315 of the Complaint.

316.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 316 of the Complaint.

317.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 317 of the Complaint.

318.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 318 of the Complaint.

319.    Paragraph 319 of the Complaint contains statements concerning the human body and, thus no response is required.  To the extent a response is required, Defendant denies the allegations.

320.    Paragraph 320 of the Complaint contains statements concerning the human body and, thus no response is required.  To the extent a response is required, Defendant denies the allegations.

321.    Paragraph 321 of the Complaint contains statements concerning the human body and, thus no response is required.  To the extent a response is required, Defendant denies the allegations.

322.    Denies the allegations set forth in paragraph 322 of the Complaint.

323.     Paragraph 323 of the Complaint contains statements concerning the human body and, thus no response is required.  To the extent a response is required, Defendant denies the allegations.

324.     Paragraph 324 of the Complaint contains statements concerning the human body and, thus no response is required.  To the extent a response is required, Defendant denies the allegations.

325.     Paragraph 325 of the Complaint contains statements concerning the human body and, thus no response is required.  To the extent a response is required, Defendant denies the allegations.

326.     Paragraph 326 of the Complaint contains statements concerning the human body and, thus no response is required.  To the extent a response is required, Defendant denies the allegations.

327.     Paragraph 327 of the Complaint contains statements concerning the human body and, thus no response is required.  To the extent a response is required, Defendant denies the allegations.

328.     Paragraph 328 of the Complaint contains statements concerning the human body and, thus no response is required.  To the extent a response is required, Defendant denies the allegations.

329.     Paragraph 329 of the Complaint contains statements concerning the human body and, thus no response is required.  To the extent a response is required, Defendant denies the allegations.

330.    Paragraph 330 of the Complaint contains statements concerning the human body and, thus no response is required.  To the extent a response is required, Defendant denies the allegations.

331.    Denies the allegations set forth in paragraph 331 of the Complaint.

332.    Denies the allegations set forth in paragraph 332 of the Complaint.

333.    Denies the allegations set forth in paragraph 333 of the Complaint.

334.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 334 of the Complaint.

335.    Denies the allegations set forth in paragraph 335 of the Complaint.

336.    Paragraph 336 of the Complaint contains statements concerning the human body and, thus, no response is required.  To the extent a response is required, Defendant denies the allegations.

337.    Paragraph 337 of the Complaint contains statements concerning the human body and, thus, no response is required.  To the extent a response is required, Defendant denies the allegations.

338.    Paragraph 338 of the Complaint contains statements concerning the human body and, thus, no response is required.  To the extent a response is required, Defendant denies the allegations.

339.    Paragraph 339 of the Complaint contains statements concerning the human body and, thus, no response is required.  To the extent a response is required, Defendant denies the allegations.

340.     Paragraph 340 of the Complaint contains statements concerning the human body and, thus, no response is required.  To the extent a response is required, Defendant denies the allegations.

341.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 341 of the Complaint.

342.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 342 of the Complaint.

343.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 343 of the Complaint.

344.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 344 of the Complaint.

345.     Denies the allegations set forth in paragraph 345 of the Complaint.

346.     Denies the allegations set forth in paragraph 346 of the Complaint.

347.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 347 of the Complaint.

348.     Paragraph 348 of the Complaint contains statements concerning the human body and, thus, no response is required.  To the extent a response is required, Defendant denies the allegations.

349.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 349 of the Complaint.

350.     Denies the allegations set forth in paragraph 350 of the Complaint.

351.    Paragraph 351 of the Complaint contains statements concerning the human body and, thus, no response is required.  To the extent a response is required, Defendant denies the allegations.

352.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 352 of the Complaint.

353.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 353 of the Complaint.

354.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 354 of the Complaint.

355.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 355 of the Complaint.

356.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 356 of the Complaint.

357.    Denies the allegations set forth in paragraph 357 of the Complaint.

358.    The allegations set forth in paragraph 358 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

359.    Paragraph 359 of the Complaint contains statements concerning the human body and, thus, no response is required.  To the extent a response is required, Defendant denies the allegations.

360.    Denies the allegations set forth in paragraph 360 of the Complaint.

361.    Denies the allegations set forth in paragraph 361 of the Complaint.

362.    Denies the allegations set forth in paragraph 362 of the Complaint.

363.    Denies the allegations set forth in paragraph 363 of the Complaint.

364.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 364 of the Complaint.

365.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 365 of the Complaint.

366.    Denies the allegations set forth in paragraph 366 of the Complaint.

367.    Denies the allegations set forth in paragraph 367 of the Complaint.

368.    Denies the allegations set forth in paragraph 368 of the Complaint.

369.    Denies the allegations set forth in paragraph 369 of the Complaint.

370.    Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 370 of the Complaint.

371.    The allegations set forth in paragraph 371 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

372.    Denies the allegations set forth in paragraph 372 of the Complaint.

373.    Denies the allegations set forth in paragraph 373 of the Complaint.

374.    Denies the allegations set forth in paragraph 374 of the Complaint.

375.    Denies the allegations set forth in paragraph 375 of the Complaint.

376.    Denies the allegations set forth in paragraph 376 of the Complaint.

377.    Denies the allegations set forth in paragraph 377 of the Complaint.

378.    Denies the allegations set forth in paragraph 378 of the Complaint.

379.    Denies the allegations set forth in paragraph 379 of the Complaint.

380.    Denies the allegations set forth in paragraph 380 of the Complaint.

381.    Denies the allegations set forth in paragraph 381 of the Complaint.

## AS TO THE FIRST CAUSE OF ACTION

382.    Defendant incorporates, as though fully set forth herein, each and every response in the paragraphs set forth above.

383.    Denies the allegations set forth in paragraph 383 of the Complaint.

384.    Denies the allegations set forth in paragraph 384 of the Complaint.

385.    Denies the allegations set forth in paragraph 385 of the Complaint.

386.    Denies the allegations set forth in paragraph 386 of the Complaint.

387.    Denies the allegations set forth in paragraph 387 of the Complaint.

388.    The allegations set forth in paragraph 388 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

## AS TO THE SECOND CAUSE OF ACTION

389.    Defendant incorporates, as though fully set forth herein, each and every response in the paragraphs set forth above.

390.    Denies the allegations set forth in paragraph 390 of the Complaint.

391.    Denies the allegations set forth in paragraph 391 of the Complaint.

392.    Denies the allegations set forth in paragraph 392 of the Complaint.

393.    Denies the allegations set forth in paragraph 393 of the Complaint.

394.    Denies the allegations set forth in paragraph 394 of the Complaint.

## AS TO THE THIRD CAUSE OF ACTION

395.    Defendant incorporates, as though fully set forth herein, each and every response in the paragraphs set forth above.

396.    Denies the allegations set forth in paragraph 396 of the Complaint.

397.    Denies the allegations set forth in paragraph 397 of the Complaint.

398.    Denies the allegations set forth in paragraph 398 of the Complaint.

399.    Denies the allegations set forth in paragraph 399 of the Complaint.

400.    Denies the allegations set forth in paragraph 400 of the Complaint.

401.    The allegations set forth in paragraph 401 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

## AS TO THE FOURTH CAUSE OF ACTION

402.    Defendant incorporates, as though fully set forth herein, each and every response in the paragraphs set forth above.

403.    Denies the allegations set forth in paragraph 403 of the Complaint.

404.    Denies the allegations set forth in paragraph 404 of the Complaint.

405.    Denies the allegations set forth in paragraph 405 of the Complaint.

406.    Denies the allegations set forth in paragraph 406 of the Complaint.

407.    Denies the allegations set forth in paragraph 407 of the Complaint.

## AS TO THE FIFTH CAUSE OF ACTION

408.    Defendant incorporates, as though fully set forth herein, each and every response in the paragraphs set forth above.

409.    Denies the allegations set forth in paragraph 409 of the Complaint.

410.    Denies the allegations set forth in paragraph 410 of the Complaint.

411.    Denies the allegations set forth in paragraph 411 of the Complaint.

412.    Denies the allegations set forth in paragraph 412 of the Complaint.

413.    Denies the allegations set forth in paragraph 413 of the Complaint.

414.    Denies the allegations set forth in paragraph 414 of the Complaint.

415.    The allegations set forth in paragraph 415 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

## AS TO THE SIXTH CAUSE OF ACTION

416.    Defendant incorporates, as though fully set forth herein, each and every response in the paragraphs set forth above.

417.    Denies the allegations set forth in paragraph 417 of the Complaint.

418.    Denies the allegations set forth in paragraph 418 of the Complaint.

419.    Denies the allegations set forth in paragraph 419 of the Complaint.

420.    Denies the allegations set forth in paragraph 420 of the Complaint.

421.    Denies the allegations set forth in paragraph 421 of the Complaint.

## AS TO THE SEVENTH CAUSE OF ACTION

422.    Defendant incorporates, as though fully set forth herein, each and every response in the paragraphs set forth above.

423.    Denies the allegations set forth in paragraph 423 of the Complaint.

424.    Denies the allegations set forth in paragraph 424 of the Complaint.

425.    Denies the allegations set forth in paragraph 425 of the Complaint.

426.    Denies the allegations set forth in paragraph 426 of the Complaint.

427.    Denies the allegations set forth in paragraph 427 of the Complaint.

428.    The allegations set forth in paragraph 428 of the Complaint set forth statements of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

429.    Defendant denies the prayer for relief section the Complaint and states that Plaintiffs are not entitled to any relief whatsoever.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Defendant demands a trial by jury on all issues so triable.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' Complaint is barred by the statute of frauds.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' Complaint is barred by the statute of limitations.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint is barred by the Statute of Repose.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint is barred by the doctrine of laches.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint is barred, in whole or in part, by the doctrines of waiver and estoppel.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs are barred by the doctrine of collateral estoppel.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs are barred by the doctrine of claim preclusion.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs are barred by the doctrine of issue preclusion.

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs are barred from recovery as they have failed to satisfy a necessary jurisdictional prerequisite.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs are barred from recovery by the doctrine of waiver.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiffs are barred from recovery by the doctrine of offer and compromise.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs are barred from recovery as they have failed to comply with the rules and regulations of the State of New York pertaining to no-fault insurance coverage.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs are barred from recovery as any damages suffered have been recouped through subrogation.

## FIFTHTEENTH AFFIRMATIVE DEFENSE

Plaintiffs are barred from recovery as any damages suffered have been passed through to insureds through the adjustment of insurance rates as reported to the New York Insurance Department.

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiffs cannot seek a Declaratory Judgment against the professional corporation as there is existing arbitration and litigation. The professional corporation's right to choose forum under the NY No-fault Rules and Regulation cannot be abrogated by the Plaintiff instituting this action.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiffs cannot seek a Declaratory Judgment against the professional corporation as there is existing arbitration and litigation. The professional corporation's right to choose forum under the NY No-fault Rules and Regulation cannot be abrogated by the Plaintiff instituting this action.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiffs cannot seek a Declaratory Judgment against the professional corporation as there is existing arbitration and litigation. The professional corporation's right to choose forum under the NY No-fault Rules and Regulation cannot be abrogated by the Plaintiff instituting this action.

## NINETEENTH AFFIRMATIVE DEFENSE

Plaintiffs are barred from recovering any sums which were paid as a result of past Judgments or Arbitration Awards concerning identical subject matter.

## TWENTIETH AFFIRMATIVE DEFENSE

Defendant expressly reserves the right to add affirmative defenses as this action proceeds into discovery.

**WHEREFORE**, Defendant prays that Plaintiffs takes nothing by their Complaint, that judgment be entered in favor of Defendant and against Plaintiff dismissing the Complaint, that Defendant recovers his reasonable attorneys' fees and costs and such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
        April 19, 2024

                                    **JACOBS P.C.**

                        By:     <u>*/s/ Ilevu Yakubov*</u>
                                Ilevu Yakubov, Esq.
                                595 Madison Avenue, 39th Floor
                                New York, New York 10022
                                (212) 229-0476
                                *Attorneys for Defendant Daniel
                                Kandhorov*