**UNITED STATES DISTRICT COURT**                    **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**                    **MINUTE ENTRY**

BEFORE: ANNE Y. SHIELDS                             DATE: 4/30/24
U.S. MAGISTRATE JUDGE                               TIME: 11:00 AM
                                                    FTR: 11:10-11:30

CASE:  **CV-23-9038(NCM) (AYS)** Government Employees Insurance Company et al v. Harbor Medical Group, P.C. et al

TYPE OF CONFERENCE: INITIAL

APPEARANCES:       Plaintiff: Jennifer Abreu
                   Joanna Rosenblatt

                   Defendant: Robert Hewitt

**THE FOLLOWING RULINGS WERE MADE:**

OTHER: Conference held.

                                SO ORDERED

                                 /s/ Anne Y. Shields
                                ANNE Y. SHIELDS