

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**JENNIFER ABREU**
**PARTNER**
(516) 357-3218
jennifer.abreu@rivkin.com

June 28, 2024

**BY ECF**
Honorable Anne Y. Shields
United States Magistrate-Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    <u>Government Employees Ins. Co. et al v. Harbor Medical Group, P.C. et al.</u>
             Docket No.: 2:23-cv-09038(NCM)(AYS)

Dear Magistrate Judge Shields:

We represent Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively, "GEICO" or "Plaintiffs") in connection with the above-referenced matter. Pursuant to Your Honor's April 30, 2024 Order, together with counsel for Defendants Alexandr Alexeevich Zaitsev, M.D. ("Zaitsev"), Mark Kaminar ("Kaminar"), Anthony Benevenga ("Benevenga"), and Daniel Kandhorov ("Kandhorov"), we respectfully submit this joint status letter.

Plaintiffs, Kandhorov, and Kaminar have produced documents pursuant to the Court's April 30, 2024 order. To date, neither Benevenga nor Zaitsev have produced any discovery.

Plaintiffs' Position

At this time, without having completed discovery, Plaintiffs anticipate calling two expert witnesses should the case proceed to trial. Plaintiffs will likely call a medical expert to testify regarding (i) the medical necessity of the initial and follow-up examinations, outcome assessment testing, physical therapy services, diagnostic tests, and nerve conduction velocity testing and electromyography (collectively, the "Fraudulent Services") purportedly provided by Harbor Medical Group P.C., Coastal Medical P.C., and Confident Medical Services, P.C. (collectively, the "PC Defendants"); (ii) whether the Fraudulent Services were administered pursuant to a predetermined treatment protocol; (ii) whether the claims submission seeking payment for the Fraudulent Services misrepresented and exaggerated the level, nature, and necessity of the Fraudulent Services; and (iii) whether the Fraudulent Services were provided by independent contractors.



Honorable Anne Y. Shields
June 28, 2024
Page 2

---

Additionally, Plaintiffs anticipate calling a certified public accountant to testify regarding (i) the purchase and sale of medical practices; (ii) the fact that Robert Kelly D.O. ("Dr. Kelly") never exercised true control over the operation and finances of the PC Defendants; (iii) the fact that the PC Defendants were incorporated and operated in a manner that facilitated Zaitsev, Kaminar, and Benevenga's complete control over the PC Defendants' operations and finances; (iv) the issuance of payments by the PC Defendants, under the control of Zaitsev, Kaminar, and Benevenga, in exchange for the referral of patients; (v) the efforts taken by the Defendants to conceal the systematic payments by the PC Defendants, at the direction of Zaitsev, Kaminar, and Benevenga, in exchange for the referral of patients; (vi) the fact that the funding agreements purportedly entered into by Dr. Kelly and the PC Defendants do not comport with general business practices and were not arm's-length transactions; and (vii) the fact that the principal purpose of the funding agreements was to facilitate Zaitsev, Kaminar, Benevenga, and others' ownership and control over the PC Defendants.

Furthermore, in addition to deposing all appearing Defendants, Plaintiffs intend to seek the depositions of the following non-party witnesses: Yevsey Tseytelman, Andemirkan Boziev, Rovshan Abasov, Frank Carone Esq., Lyubov Gatilova, and Dr. Kelly. However, given the complexities of the case, Plaintiffs will likely seek leave to conduct additional depositions. Further, we reserve our right to amend or notice additional depositions as the parties continue to conduct discovery.

Zaitsev, Benevenga, and Kaminar's Position

Defendants Dr. Zaitsev, Benevenga and Kaminar anticipate deposing two of Plaintiffs' witnesses. These would be the claim representative and SIU investigator. We also anticipate servicing a Rule 30(b)(6) notice on Plaintiffs. We will also depose co-defendant Daniel Kandhorov. We also anticipate deposing each of the Plaintiffs' experts. These defendants will collectively produce one financial expert anticipated to be testifying about the funding and presumably lack of control by them of the practices and one medical expert testifying as to medical necessity. We reserve the right to supplement this list to the extent discovery reveals additional witnesses to depose.

Kandhorov's Position

Defendant Kandhorov anticipates noticing at least four depositions in the course of fact discovery, namely a Rule 30(b)(6) deposition of Plaintiffs, as well as depositions of Defendant Zaitsev, Defendant Kaminar, and Dr. Robert Kelly. With regard to expert discovery, Defendant Kandhorov anticipates retaining a financial expert to testify about the lack of control of any purported funding arrangements. Additionally, Defendant Kandhorov anticipates deposing each of the Plaintiffs' experts. Defendant Kandhorov reserves his rights to notice additional depositions up to the limit allowed by the Federal Rules of Civil Procedure, including those of the individuals identified in the parties' respective pleadings and Rule 26 disclosures, as well as any expert



Honorable Anne Y. Shields
June 28, 2024
Page 3

witnesses. Defendant Kandhorov also reserves his rights to seek leave of Court to take additional depositions as may be warranted by further record development.

Proposed Discovery Deadlines

The parties propose June 6, 2025 as the deadline for completion of fact discovery and September 15, 2025 as the deadline for completion of expert discovery.

At this time, the parties are not requesting a referral to the Eastern District mediation program.

We appreciate your consideration.

                                                  Respectfully submitted,

                                                  RIVKIN RADLER LLP

                                                  /s/ *Jennifer Abreu*
                                                  Jennifer Abreu

cc:      All counsel of record (Via ECF)