AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK)
).ss.:
COUNTY OF NASSAU )

I, DIAWATTIE HARBHAJAN, being duly sworn depose and say: that deponent is not a party to the action, is over 18 years of age and resides within the County of Queens in the State of New York,

That on March 20, 2025, deponent served the within **Letter Motion to Compel Non-Party Witnesses Oleg Pluchik and Robert Brian Kelly, D.O. to Comply With Deposition Subpoenas** by depositing a true copy thereof enclosed in a post-paid properly addressed wrapper, in an office depository under the exclusive care and custody of United States Postal Service within the State of New York, addressed to each of the following persons at the last known address set forth after each name:

Robert Kelly DO
16 Little Links Lane
Little Egg Harbor Township, NY 08087

Oleg Pluchik
28 Patty Court
Staten Island, NY 10312

_____
DIAWATTIE HARBHAJAN

SWORN TO BEFORE ME ON
On the 20th day of March, 2025

_____
NOTARY PUBLIC

JOHN RYAN HOTALING
Notary Public, State of New York
No. 01HO0028007
Qualified in Nassau County
Commission Expires 08-16-2028

RR File No. 5100-3244