

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

JOANNA B. ROSENBLATT
(516) 357-3139
joanna.rosenblatt@rivkin.com

May 21, 2025

**BY ECF**
Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    <u>Government Employees Ins. Co. et al v. Harbor Medical Group, P.C. et al.</u>
              Docket No.: 2:23-cv-09038(NCM)(AYS)

Dear Magistrate Judge Shields:

We represent Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively "Plaintiffs" or "GEICO") in the above-referenced matter.

As this Court is aware, on May 12, 2025 Plaintiffs filed a motion to compel non-party Greenbills LLC ("Greenbills") to comply with subpoenas previously served on them. <u>See</u> D.E. 61. Thereafter, Plaintiffs were contacted by Charles Horn on behalf of Greenbills to discuss compliance with the previously served subpoenas.

Plaintiffs hereby request that the portion of their May 12, 2025 motion to compel that pertains to Greenbills be held in abeyance while Plaintiffs and Greenbills work towards obtaining compliance with the subpoenas.

We appreciate your consideration.

                                      Respectfully submitted,

                                      RIVKIN RADLER LLP

                                      <u>/s/ *Joanna Rosenblatt*</u>
                                      Joanna Rosenblatt

cc:     All counsel of record (Via ECF)

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777