

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**JOANNA B. ROSENBLATT**
(516) 357-3139
joanna.rosenblatt@rivkin.com

July 29, 2025

**BY ECF**
Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:    Government Employees Ins. Co. et al v. Harbor Medical Group, P.C. et al.
>        Docket No.: 2:23-cv-09038(NCM)(AYS)

Dear Magistrate Judge Shields:

As the Court is aware, we represent Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively "Plaintiffs" or "GEICO") in the above-referenced matter. Plaintiffs submit this letter, together with non-party Abrams, Fensterman, Eisman, Formato, Wolf & Carone, L.L.P. ("Abrams Fensterman") to request the Court schedule a conference, at the Court's convenience any time after August 4, 2025, regarding the discovery dispute identified in D.E. 72 and 74.

We appreciate your consideration.

Respectfully submitted,

RIVKIN RADLER LLP

/s/ *Joanna Rosenblatt*
Joanna Rosenblatt


cc:    All counsel of record (Via ECF)

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777