AFFIDAVIT OF SERVICE BY EMAIL

STATE OF NEW YORK)
).ss.:
COUNTY OF NASSAU )

I, Joanna Rosenblatt, being duly sworn depose and say: that deponent is not a party to the action, is over 18 years of age and resides within the County of Nassau in the State of New York,

That on July 31, 2025, deponent served the within **Scheduling Order Dated July 31, 2025 for Hearing regarding Motion to Compel (ECF 72)** by depositing a true copy thereof enclosed via email, addressed to each of the following persons and emails:

Abrams Fensterman, LLP
Keith J. Singer
KSinger@Abramslaw.com
Alex Leibson
ALeibson@Abramslaw.com

Joanna Roseblatt

SWORN TO BEFORE ME ON
On the 31st day of July, 2025

NOTARY PUBLIC

KATHARINE M. BRIGAGLIANO
Notary Public-State of New York
No. 01BR6333767
Qualified in Nassau County
Commission Expires: 5/16/28

RR File No. 5100-3244
Docket No. 2:23-cv-09038-NCM-AYS