# EXHIBIT "1"







