

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

November 25, 2025

**VIA ECF**

Honorable Judge Natasha Merle
United District Court Judge
Eastern District of New York
1 Federal Plaza
Central Islip, New York 11722

      Re:    *Government Employees Insurance Co., et al. v. Harbor Medical Group, P.C. et al.*
              RR File No.: 5100-3244
              Docket No. 2:23-cv-09038(NCM)(AYS)

Dear Judge Merle:

This firm represents Plaintiffs (collectively, "Plaintiffs" or "GEICO") in the above-referenced matter. Plaintiffs respectfully submit this letter in response to non-party FBH Capital Group, LLC's ("FBH Capital") letter motion requesting relief as to Your Honor's November 19, 2025 Order, which granted Plaintiffs' motion to compel.

As the Court is aware, GEICO has engaged in extensive efforts to secure compliance with duly served subpoenas *duces tecum* seeking documents from certain non-parties that are members of FBH Capital (referred to herein as the "Non-Parties") and for which the Court directed Plaintiffs to provide additional information to fully establish diversity jurisdiction in this action. See D.E. No. 109. Contrary to FBH Capital's arguments, GEICO narrowly tailored the subpoenas issued to the Non-Parties to only include "documents <u>sufficient</u> to identify or discern" specific and certain information that the Court ordered Plaintiffs to produce in this matter, i.e., (i) "the precise type and nature of" each of the Non-Parties; (ii) the grantors, trustees and beneficiaries of each of the Non-Parties; and (iii) the citizenship of each grantor, trustee, and beneficiary. Moreover, Plaintiffs took additional steps to avoid imposing any undue burden or expense on the Non-Parties, including proposing to file the subpoenaed information under seal. Even more, Plaintiffs met and conferred with Counsel via telephone <u>and</u> email – including on November 6, 2025 – during which Plaintiffs proposed that the Non-Parties produce <u>a sworn affidavit</u> containing the requested information, in lieu of his clients producing the actual subpoenaed documents. Despite these good faith efforts, the Non-Parties would only agree to producing the state of citizenship, <u>without</u> disclosing the (i) identity of each grantor, trustee, and/or beneficiary and (ii) the precise type and nature of the Non-Parties (i.e., trusts). Thereafter, Counsel failed to respond and ignored our attempts to further discuss this matter, forcing Plaintiffs to file a motion against the Non-Parties to obtain compliance and satisfy the Court's Order. Following FBH Capital's letter motion, the undersigned contacted Counsel – via email on November 24, 2025 – to discuss their requested relief and avoid the need

66 South Pearl Street, 11th Floor       25 Main Street                              477 Madison Avenue                    2649 South Road
Albany, NY 12207-1533                   Court Plaza North, Suite 501        New York, NY 10022-5843          Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199      Hackensack, NJ 07601-7082        T 212.455.9555 F 212.687.9044     T 845.473.8100 F 845.473.8777
                                                         T 201.287.2460 F 201.489.0495

for further motion practice; however, Counsel indicated that he is unavailable this week as he is out of the office.

Given the above, Plaintiffs respectfully submit that a briefing schedule should not be ordered, and instead, Plaintiffs are prepared to address these issues at a conference, if the Court deems it necessary. We thank the Court for its continuing attention to this matter.

Very truly yours,

RIVKIN RADLER LLP
*/s/ Jennifer Abreu*
Jennifer Abreu

Cc: All Counsel for Defendants and Non-Parties (via ECF)

Matthew J. Conroy, Esq.
Robert Hewitt, Esq.
Schwartz, Conroy & Hack, PC
New York 666 Old Country Road Suite 900
Garden City, NY 11530
*Counsel for Zaitsev, Benevenga, and Kaminar*

Leo Jacobs, Esq.
Adam Sherman, Esq.
Maria Villavicencio, Esq.
Jacobs P.C.
717 Fifth Avenue Ste 26th Floor
New York, NY 10022
*Counsel for Kandhorov*

Jesse Capell, Esq.
The Law Office of Jesse D. Capell, PLLC
273 Grand Street, Suite 5E
New York, New York 10002
Counsel for FBH Capital and the Non-Parties