| | |
|---|---|
| Amount: $299.26 | Sequence Number: 4392072591 |
| Account: ████████9607 | Capture Date: 02/28/2019 |
| | Check Number: 203449578 |

---

GEICO INDEMNITY CO
750 WOODBURY RD
WOODBURY, NY 11797-2519

Bank of America
South Portland, ME 04106

52-153
112 ME

NO. N 203449578
VOID AFTER 180 DAYS

Claimant: ████████
Insured Name: ████████
Feature Symbol & Amount
NBM $****299 26

Claim Number: 0383286910101056
In Payment of: Personal Injury Protection
DOS. 01/08/2019-01/08/2019

Date 02/18/2019

Amount: $******299.26

**TWO-HUNDRED-NINETY-NINE*AND*26/100*DOLLARS**********************************************************

Pay to the Order of:
CONFIDENT MEDICAL SERVICE

Mail To:
Confident Medical Service
C/O Abrams Fensterman Et Al
3 Dakota Dr Ste 300
New Hyde Park Ny 11042-1166

*Hollis White* (signature)

⑈203449578⑈ ⑆011201539⑇ ████████9607⑈

---

For Deposit Only
Acct# ████0450
Abrams Fensterman
2019-02-26 16:29
0886008249

NY 0039297477

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL USE ONLY

**Electronic Endorsements:**

| Date | Sequence | Bank # | TRN | RCC | Bank Name |
|---|---|---|---|---|---|
| 02/27/2019 | 000000886008249 | 00000 | Y | Y | HANOVER COMMUNITY BANK |
| 02/28/2019 | 6759379247 | | N | N | FED RES BK OF ATLANTA |
| 02/28/2019 | 004392072591 | | N | N | |

| | | | |
|---|---|---|---|
| Amount: | $299.26 | Sequence Number: | 4592602915 |
| Account: | ▮▮▮▮▮9607 | Capture Date: | 03/18/2019 |
| | | Check Number: | 203985623 |

---

GOVERNMENT EMPLOYEES INSURANCE CO
750 WOODBURY RD
WOODBURY, NY 11797-2519

**Bank of America**
South Portland, ME 04106

52-153
112 ME

NO. N 203985623
VOID AFTER 180 DAYS
Date 03/11/2019

Claimant: ▮▮▮▮▮
Insured Name ▮▮▮▮▮
Feature Symbol & Amount
NBM $****299.26

**Claim Number:** 0427907440101047
**In Payment of:** Personal Injury Protection
DOS 01/29/2019-01/29/2019

Amount:
$******299.26

**TWO-HUNDRED-NINETY-NINE*AND*26/100*DOLLARS**

Pay to the Order of:
CONFIDENT MEDICAL SERVICES

Mail To:
Confident Medical Services
C/O Abrams Fensterman Et Al
3 Dakota Dr Ste 300
New Hyde Park Ny 11042-1166

*Hollis White* (signature)

⑆203985623⑆ ⑇011201539⑇ ▮▮▮▮▮9607⑈

---

Back of check:

NY 003350401

For Deposit Only
Acct# ▮▮▮▮0450
Abrams Fensterman
2019-03-15 11:17
0886064932

---

**Electronic Endorsements:**

| Date | Sequence | Bank # | TRN | RCC | Bank Name |
|---|---|---|---|---|---|
| 03/15/2019 | 000000886064932 | 00000 | Y | Y | HANOVER COMMUNITY BANK |
| 03/18/2019 | 6990238323 | | N | N | FED RES BK OF ATLANTA |
| 03/18/2019 | 004592602915 | | N | N | |

| | | | |
|---|---|---|---|
| Amount: | $479.60 | Sequence Number: | 4392364949 |
| Account: | ▮▮▮▮9607 | Capture Date: | 04/01/2019 |
| | | Check Number: | 204311239 |

GEICO GENERAL INSURANCE CO
750 WOODBURY RD
WOODBURY, NY 11797-2519

Bank of America
South Portland, ME 04106

52-153
112 ME

NO. N 204311239
VOID AFTER 180 DAYS
Date 03/22/2019

**Claimant:** ▮▮▮
**Insured Name:** ▮▮▮
**Feature Symbol & Amount**
NBM $****479 60

**Claim Number:** 0539756680101026
**In Payment of:** Personal Injury Protection
DOS 02/13/2019-02/13/2019

Amount:
$******479.60

**FOUR-HUNDRED-SEVENTY-NINE*AND*60/100*DOLLARS***********

**Pay to the Order of:**
CONFIDENT MEDICAL SERVICES PC

Mail To:
Confident Medical Services Pc
C/O Abrams Fensterman Et Al
3 Dakota Dr Ste 300
New Hyde Park Ny 11042-1167

*Hollis White* (signature)

⑈204311239⑈ ⑆011201539⑆ ▮▮▮▮9607⑈

For Deposit Only
Acct # ▮▮▮▮0450
Abrams Fensterman
2019-03-29 10:58
0886103164

Electronic Endorsements:

| Date | Sequence | Bank # | TRN | RCC | Bank Name |
|---|---|---|---|---|---|
| 03/29/2019 | 000000886103164 | 00000 | Y | Y | HANOVER COMMUNITY BANK |
| 04/01/2019 | 7168210194 | | N | N | FED RES BK OF ATLANTA |
| 04/01/2019 | 004392364949 | | N | N | |

| | |
|---|---|
| Amount: $299.26 | Sequence Number: 4392364965 |
| Account: 9607 | Capture Date: 04/01/2019 |
| | Check Number: 204336002 |

GEICO GENERAL INSURANCE CO
750 WOODBURY RD
WOODBURY, NY 11797-2519

**Bank of America**
South Portland, ME 04106

52-153 / 112 ME

NO. N 204336002
VOID AFTER 180 DAYS
Date 03/25/2019

Claimant:
Insured Name:
Feature Symbol & Amount
NBM $****299 26

**Claim Number:** 0289998510101063
**In Payment of:** Personal Injury Protection
DOS 02/06/2019-02/06/2019

Amount: $******299.26

**TWO-HUNDRED-NINETY-NINE*AND*26/100*DOLLARS***

Pay to the Order of:
**CONFIDENT MEDICAL SERVICES PC**

Mail To:
Confident Medical Services Pc
C/O Abrams Fensterman Et Al
3 Dakota Dr Ste 300
New Hyde Park Ny 11042-1167

*Hollis White* (signature)

⑊204336002⑊ ⑊011201539⑊ 9607⑊

For Deposit Only
Acct# 0450
Abrams Fensterman
2019-03-29 10:58
0886103179

NY 00338703Z

Electronic Endorsements:

| Date | Sequence | Bank # | TRN | RCC | Bank Name |
|---|---|---|---|---|---|
| 03/29/2019 | 000000886103179 | 00000 | Y | Y | HANOVER COMMUNITY BANK |
| 04/01/2019 | 7168210317 | | N | N | FED RES BK OF ATLANTA |
| 04/01/2019 | 004392364965 | | N | N | |

| | | |
|---|---|---|
| Amount: | $436.00 | Sequence Number: 4192214296 |
| Account: ███████9607 | | Capture Date: 04/12/2019 |
| | | Check Number: 204534410 |

GEICO INDEMNITY CO
750 WOODBURY RD
WOODBURY, NY 11797-2519

**Bank of America**
South Portland, ME 04106

52-153
112 ME

NO. N 204534410
VOID AFTER 180 DAYS
Date 04/01/2019

Claimant: ███████
Insured Name: ███████
Feature Symbol & Amount
NBM $****436 00

**Claim Number:** 0333943870101101
**In Payment of:** Personal Injury Protection
DOS: 02/13/2019-02/13/2019

Amount:
$******436.00

**FOUR-HUNDRED-THIRTY-SIX*AND*00/100*DOLLARS**************************************************

Pay to the Order of:
**CONFIDENT MEDICAL SERVICES PC**

Mail To:
Confident Medical Services Pc
C/O Abrams Fensterman Et Al
3 Dakota Dr Ste 300
New Hyde Park Ny 11042-1167

*Hollis White* (signature)

⑈204534410⑈ ⑆011201539⑆ ███████9607⑈

For Deposit Only
Acct# ████0450
Abrams Fensterman
2019-04-11 11:48
0886155594

C 5374 2437

Electronic Endorsements:

| Date | Sequence | Bank # | TRN | RCC | Bank Name |
|---|---|---|---|---|---|
| 04/11/2019 | 000000886155594 | 00000 | Y | Y | HANOVER COMMUNITY BANK |
| 04/12/2019 | 7356926502 | | N | N | FED RES BK OF ATLANTA |
| 04/12/2019 | 004192214296 | | N | N | |

| | | | |
|---|---|---|---|
| Amount: | $299.26 | Sequence Number: | 4992423350 |
| Account: | ███████9607 | Capture Date: | 04/18/2019 |
| | | Check Number: | 204716359 |

```
GEICO INDEMNITY CO                Bank of America          52-153      NO. N 204716359
750 WOODBURY RD                South Portland, ME 04106    112 ME
WOODBURY, NY 11797-2519                                              VOID AFTER 180 DAYS
Claimant: ███                  Claim Number: 0644258620101010
Insured Name: ███              In Payment of: Personal Injury Protection   Date. 04/08/2019
Feature Symbol & Amount        DOS 02/08/2019-02/08/2019                   Amount:
DBI $****299 26                                                            $******299.26
**TWO-HUNDRED-NINETY-NINE*AND*26/100*DOLLARS***********************************************

Pay to the Order of:                                             Mail To:
CONFIDENT MEDICAL SERVICES PC                                    Confident Medical Services Pc
                                                                 C/O Abrams Fensterman Et Al
                                                                 3 Dakota Dr Ste 300
                                                                 New Hyde Park Ny 11042-1167

                                                                        Hollis White

      ⑈204716359⑈  ⑆011201539⑆  ███████9607⑈
```

Electronic Endorsements:

| Date | Sequence | Bank # | TRN | RCC | Bank Name |
|---|---|---|---|---|---|
| 04/17/2019 | 000000886170176 | 00000 | Y | Y | HANOVER COMMUNITY BANK |
| 04/18/2019 | 7442210048 | | N | N | FED RES BK OF ATLANTA |
| 04/18/2019 | 004992423350 | | N | N | |

| | | | |
|---|---|---|---|
| Amount: | $147.16 | Sequence Number: | 4992423343 |
| Account: | ████9607 | Capture Date: | 04/18/2019 |
| | | Check Number: | 204775667 |

```
GEICO GENERAL INSURANCE CO            Bank of America           52-153       NO. N 204775667
750 WOODBURY RD                       South Portland, ME 04106  112 ME
WOODBURY, NY 11797-2519               Claim Number: 0484296160101050          VOID AFTER 180 DAYS
Claimant: ████                        In Payment of: Personal Injury Protection   Date 04/09/2019
Insured Name: ████                    DOS 02/15/2019-02/15/2019
Feature Symbol & Amount                                                       Amount:
NBM $****147.16                                                               $******147.16
**ONE-HUNDRED-FORTY-SEVEN*AND*16/100*DOLLARS*******************************************

Pay to the Order of:                                            Mail To:
CONFIDENT MEDICAL SERVICES PC                                   Confident Medical Services Pc
                                                                C/O Abrams Fensterman Et Al
                                                                3 Dakota Dr Ste 300
                                                                New Hyde Park Ny 11042-1167

                                                                    Hallis White

        ⑈204775667⑈  ⑆011201539⑆  ████9607⑈
```

Endorsement stamp: For Deposit Only Acct# ████0450 Abrams Fensterman 2019-04-17 0886170168 10:30

NY 0030048135

Electronic Endorsements:

| Date | Sequence | Bank # | TRN | RCC | Bank Name |
|---|---|---|---|---|---|
| 04/17/2019 | 000000886170168 | 00000 | Y | Y | HANOVER COMMUNITY BANK |
| 04/18/2019 | 7442209998 | | N | N | FED RES BK OF ATLANTA |
| 04/18/2019 | 004992423343 | | N | N | |

| | | | |
|---|---|---|---|
| Amount: | $299.26 | Sequence Number: | 5692789678 |
| Account: | ███████9607 | Capture Date: | 04/24/2019 |
| | | Check Number: | 204913770 |

GEICO INDEMNITY CO
750 WOODBURY RD
WOODBURY, NY 11797-2519

Claimant: ███
Insured Name: ███
Feature Symbol & Amount
NBM $****299 26

Bank of America
South Portland, ME 04106
**Claim Number:** 0560970470101037
**In Payment of:** Personal Injury Protection
DOS. 03/06/2019-03/06/2019

52-153
112 ME

NO. N 204913770
VOID AFTER 180 DAYS
Date 04/15/2019

Amount:
$******299.26

**TWO-HUNDRED-NINETY-NINE*AND*26/100*DOLLARS**

**Pay to the Order of:**
CONFIDENT MEDICAL SERVICES PC

Mail To:
Confident Medical Services Pc
C/O Abrams Fensterman Et Al
3 Dakota Dr Ste 300
New Hyde Park Ny 11042-1167

*Hollis White* (signature)

⑈204913770⑈ ⑆011201539⑆ ███9607⑈

Endorsement stamp:
For Deposit Only
Acct# ███0450
Abrams Fensterman
2019-04-23  11:41
0886184941

NY 0034554 (vertical)

Electronic Endorsements:

| Date | Sequence | Bank # | TRN | RCC | Bank Name |
|---|---|---|---|---|---|
| 04/23/2019 | 000000886184941 | 00000 | Y | Y | HANOVER COMMUNITY BANK |
| 04/24/2019 | 7519507454 | | N | N | FED RES BK OF ATLANTA |
| 04/24/2019 | 005692789678 | | N | N | |

| | | |
|---|---|---|
| Amount: | $1,597.00 | |
| Account: | ▓▓▓▓▓9607 | |
| | Sequence Number: | 4792226713 |
| | Capture Date: | 05/17/2019 |
| | Check Number: | 205362209 |

---

**GEICO INDEMNITY CO**
750 WOODBURY RD
WOODBURY, NY 11797-2519
Claimant: ▓▓▓▓▓
Insured Name: ▓▓▓▓▓
Feature Symbol & Amount
NBS $***1597.00

**Bank of America**
South Portland, ME 04106
**Claim Number:** 03832869101010556
**In Payment of:** Personal Injury Protection
prin 1597 f AF 19 102371
aaa 41-19-1121-1914
dos 1/8/19

52-153
112 ME

**NO. N 205362209**
VOID AFTER 180 DAYS
Date 05/02/2019

**Amount:**
$****1,597.00

**ONE-THOUSAND-FIVE-HUNDRED-NINETY-SEVEN*AND*00/100*DOLLARS**

Pay to the Order of:
**CONFIDENT MEDICAL SERVICES**

AF19-102371

Mail To:
Abrams Fensterman Fensterman Eisman Fo
3 Dakota Dr Ste 300
New Hyde Park Ny 11042-1167

*Hollis White* (signature)

⑆205362209⑆ ⑈011201539⑈ ▓▓▓▓▓9607⑈

---

For Deposit Only
Acct # ▓▓▓▓0468
Abrams Fensterman
2019-05-16 15:47
0886256192

Electronic Endorsements:

| Date | Sequence | Bank # | TRN | RCC | Bank Name |
|---|---|---|---|---|---|
| 05/16/2019 | 000000886256192 | 00000 | Y | Y | HANOVER COMMUNITY BANK |
| 05/17/2019 | 7839803589 | | N | N | FED RES BK OF ATLANTA |
| 05/17/2019 | 004792226713 | | N | N | |

| | |
|---|---|
| Amount: | $27.06 |
| Account: | ███████9607 |
| Sequence Number: | 5592556202 |
| Capture Date: | 05/24/2019 |
| Check Number: | 205449989 |

GEICO GENERAL INSURANCE CO
750 WOODBURY RD
WOODBURY, NY 11797-2519

Bank of America
South Portland, ME 04106

52-153
112 ME

NO. N 205449989
VOID AFTER 180 DAYS
Date 05/06/2019

Claimant: ███
Insured Name: ███
Feature Symbol & Amount
IPA $*****27 06

Claim Number: 0166886070101029
In Payment of: Personal Injury Protection
mt 27 06 f AF19-102330
aaa 41-19-1121-3063
dos 12/22/18

Amount:
$*******27.06

**TWENTY-SEVEN*AND*06/100*DOLLARS***************************************************

Pay to the Order of:
CONFIDENT MEDICAL SERVICES PC

AF19-102330

Mail To:
Abrams Fensterman Fensterman Eisman Fo
3 Dakota Dr Ste 300
New Hyde Park Ny 11042-1167

*Hollis White* (signature)

⑆205449989⑆ ⑈011201539⑈ ███9607⑆

For Deposit Only
Acct# ███0468
Abrams Fensterman
2019-05-23 12:41
08886270596

**Electronic Endorsements:**

| Date | Sequence | Bank # | TRN | RCC | Bank Name |
|---|---|---|---|---|---|
| 05/23/2019 | 000000886270596 | 00000 | Y | Y | HANOVER COMMUNITY BANK |
| 05/24/2019 | 7926921298 | | N | N | FED RES BK OF ATLANTA |
| 05/24/2019 | 005592556202 | | N | N | |

| | | | |
|---|---|---|---|
| Amount: | $274.32 | Sequence Number: | 4192564470 |
| Account: | ███████9607 | Capture Date: | 05/30/2019 |
| | | Check Number: | 205849873 |

```
GEICO INDEMNITY CO                    Bank of America          52-153     NO. N 205849873
750 WOODBURY RD                       South Portland, ME 04106 112 ME
WOODBURY, NY 11797-2519               Claim Number: 0613952060101012                VOID AFTER 180 DAYS
Claimant: ███                         In Payment of: Personal Injury Protection     Date 05/21/2019
Insured Name: ███                     DOS 03/25/2019-03/25/2019
Feature Symbol & Amount               eob enclosed                                  Amount:
DBI $****274.32                                                                     $******274.32

**TWO-HUNDRED-SEVENTY-FOUR*AND*32/100*DOLLARS***************************************************

Pay to the Order of:                                          Mail To:
CONFIDENT MEDICAL SERIVCES                                    Confident Medical Serivces
                                                              C/O Abrams Fensterman Et Al
                                                              3 Dakota Dr Ste 300
                                                              New Hyde Park Ny 11042-1167

                                                              Hollis White (signature)

          ⑈205849873⑈ ⑆011201539⑆ ███████9607⑈
```

Electronic Endorsements:

| Date | Sequence | Bank # | TRN | RCC | Bank Name |
|---|---|---|---|---|---|
| 05/29/2019 | 000000886279239 | 00000 | Y | Y | HANOVER COMMUNITY BANK |
| 05/30/2019 | 7986970158 | | N | N | FED RES BK OF ATLANTA |
| 05/30/2019 | 004192564470 | | N | N | |

| | |
|---|---|
| Amount: | $1,465.58 |
| Account: | ███████9607 |
| Sequence Number: | 5992270975 |
| Capture Date: | 06/28/2019 |
| Check Number: | 206286998 |

```
GEICO INDEMNITY CO                Bank of America          52-153      NO. N 206286998
750 WOODBURY RD                   South Portland, ME 04106 112 ME
WOODBURY, NY 11797-2519                                                VOID AFTER 180 DAYS
Claimant: ███████████              Claim Number: 0648316580101010       Date. 06/10/2019
Insured Name: ███████              In Payment of: Personal Injury Protection
Feature Symbol & Amount            SETTLEMENT 41-19-1125-1881          Amount:
NBS $***1465 58                    DOS 02/14/2019 - 02/14/2019          $****1,465.58
                                   PRINC $1465 58
**ONE-THOUSAND-FOUR-HUNDRED-SIXTY-FIVE*AND*58/100*DOLLARS***************************

Pay to the Order of:                                   Mail To:
CONFIDENT MEDICAL SERVICE PC                           Abrams Fensterman Fensterman Eisman Fo
                                                       3 Dakota Dr Ste 300
         AF19-103273                                   Lake Success Ny 11042

                                                           Hollis White

⑈206286998⑈  ⑆011201539⑆  ███████9607⑈
```

Endorsement: For Deposit Only Acct# ████04468 Abrams Fensterman 2019-06-27 0886356440 12:21

Electronic Endorsements:

| Date | Sequence | Bank # | TRN | RCC | Bank Name |
|---|---|---|---|---|---|
| 06/27/2019 | 000000886356440 | 00000 | Y | Y | HANOVER COMMUNITY BANK |
| 06/28/2019 | 8371685376 | | N | N | FED RES BK OF ATLANTA |
| 06/28/2019 | 005992270975 | | N | N | |

| | | | |
|---|---|---|---|
| Amount: | $502.81 | Sequence Number: | 5592339081 |
| Account: | ▇▇▇▇9607 | Capture Date: | 07/11/2019 |
| | | Check Number: | 206884748 |

```
GEICO INDEMNITY CO            Bank of America          52-153     NO. N 206884748
ONE GEICO CENTER              South Portland, ME 04106 112 ME
MACON, GA 31296-0001                                              VOID AFTER 180 DAYS
Claimant: ▇▇▇                 Claim Number: 0437739960101042
Insured Name: ▇▇▇             In Payment of: Personal Injury Protection   Date. 07/01/2019
Feature Symbol & Amount       DOS 05/06/2019-05/06/2019
                                                                  Amount:
NBM $****502 81                                                   $******502.81

**FIVE-HUNDRED-TWO*AND*81/100*DOLLARS*******************************************************

Pay to the Order of:                                    Mail To:
CONFIDENT MEDICAL SERVICES PC                           Confident Medical Services Pc
                                                        3 Dakota Dr Ste 300
                                                        New Hyde Park Ny 11042-1166

                                                         Hollis White

     ⑈206884748⑈  ⑆011201539⑆  ▇▇▇▇9607⑈
```

Endorsement stamp: For Deposit Only Acct# ▇▇▇▇0450 Abrams Fensterman 2019-07-10 0886389597 12:07

**Electronic Endorsements:**

| Date | Sequence | Bank # | TRN | RCC | Bank Name |
|---|---|---|---|---|---|
| 07/10/2019 | 000000886389597 | 00000 | Y | Y | HANOVER COMMUNITY BANK |
| 07/11/2019 | 8536949193 | | N | N | FED RES BK OF ATLANTA |
| 07/11/2019 | 005592339081 | | N | N | |

| | | | |
|---|---|---|---|
| Amount: | $212.52 | Sequence Number: | 5292537165 |
| Account: | ██████9607 | Capture Date: | 08/12/2019 |
| | | Check Number: | 207689016 |

**GEICO SECURE INSURANCE CO**
750 WOODBURY RD
WOODBURY, NY 11797-2519

Claimant: ██████
Insured Name: ██████
Feature Symbol & Amount
DBI $****212 52

**Bank of America**
South Portland, ME 04106

**Claim Number:** 0578284270101043
**In Payment of:** Personal Injury Protection
41-19-1134-5770 - Settle
12/12/2018 - 12/12/2018
Principle $212 52

52-153
112 ME

**NO. N 207689016**
VOID AFTER 180 DAYS
Date 08/02/2019

Amount:
$******212.52

**TWO-HUNDRED-TWELVE*AND*52/100*DOLLARS**

Pay to the Order of:
**CONFIDENT MEDICAL SERVICES**

AF19-108883

Mail To:
Abrams Fensterman Fensterman Eisman Fo
3 Dakota Drive
Suite 300
Lake Success Ny 11042

*Hallis White*

⑆207689016⑆ ⑇011201539⑇ ██████9607⑈

For Deposit Only
Acct# ████0468
Abrams Fensterman
2019-08-09 10:03
0886468625

**Electronic Endorsements:**

| Date | Sequence | Bank # | TRN | RCC | Bank Name |
|---|---|---|---|---|---|
| 08/09/2019 | 000000886468625 | 00000 | Y | Y | HANOVER COMMUNITY BANK |
| 08/12/2019 | 8915876539 | | N | N | FED RES BK OF ATLANTA |
| 08/12/2019 | 005292537165 | | N | N | |

| | |
|---|---|
| Amount: | $53.65 |
| Account: | █████9607 |
| Sequence Number: | 5392843982 |
| Capture Date: | 08/29/2019 |
| Check Number: | 207991245 |

GEICO INDEMNITY CO
750 WOODBURY RD
WOODBURY, NY 11797-2519

Bank of America
South Portland, ME 04106

52-153
112 ME

NO. N 207991245
VOID AFTER 180 DAYS
Date 08/14/2019

**Claimant:** ███
**Insured Name:** ███
**Feature Symbol & Amount**
IPA $*****53 65

**Claim Number:** 0646049510101014
**In Payment of:** Personal Injury Protection
03/08/19-03/08/19
arb settlement 411911312521
int $53 65

Amount: $*******53.65

**FIFTY-THREE*AND*65/100*DOLLARS**

Pay to the Order of:
CONFIDENT MEDICAL SERVICES PC

AF19-106290

Mail To:
Abrams Fensterman Fensterman Eisman Fo
3 Dakota Dr Ste 300
New Hyde Park Ny 11042-1167

*Hollis White*

⑆207991245⑆ ⑈011201539⑈ ███9607⑈

For Deposit Only
Acct# █████0468
Abrams Fensterman
2019-08-28 14:56
0886520419

**Electronic Endorsements:**

| Date | Sequence | Bank # | TRN | RCC | Bank Name |
|---|---|---|---|---|---|
| 08/28/2019 | 000000886520419 | 00000 | Y | Y | HANOVER COMMUNITY BANK |
| 08/29/2019 | 9138277526 | | N | N | FED RES BK OF ATLANTA |
| 08/29/2019 | 005392843982 | | N | N | |

| | | | |
|---|---|---|---|
| Amount: | $160.00 | Sequence Number: | 4292713431 |
| Account: | ▮▮▮▮9607 | Capture Date: | 10/01/2019 |
| | | Check Number: | 208951456 |

**GEICO CHOICE INSURANCE CO**
750 WOODBURY RD
WOODBURY, NY 11797-2519
Claimant: ▮▮▮▮▮
Insured Name ▮▮▮▮▮
Feature Symbol & Amount
DBI $****160 00

**Bank of America**
South Portland, ME 04106
**Claim Number:** 0523944640101173
**In Payment of:** Personal Injury Protection
DOS 01/15/2019 / SETTLED
PRINCIPAL $160 00
AAA· 41-19-1134-5727

52-153
112 ME

**NO. N 208951456**
VOID AFTER 180 DAYS
Date· 09/19/2019

Amount:
$******160.00

**ONE-HUNDRED-SIXTY*AND*00/100*DOLLARS**

Pay to the Order of:
**CONFIDENT MEDICAL SERVICES**

Mail To:
Abrams Fensterman Fensterman Eisman Fo
3 Dakota Dr Ste 300
Lake Success Ny 11042 Ny 11042-1167

AP19-10919    Hollis White

⑆208951456⑆ ⑉011201539⑉ ▮▮▮▮9607⑈

For Deposit Only
Acct# ▮▮▮0468
Abrams Fensterman
2019-09-30 11:32
0886619103

**Electronic Endorsements:**

| Date | Sequence | Bank # | TRN | RCC | Bank Name |
|---|---|---|---|---|---|
| 09/30/2019 | 000000886619103 | 00000 | Y | Y | HANOVER COMMUNITY BANK |
| 10/01/2019 | 9539360938 | | N | N | FED RES BK OF ATLANTA |
| 10/01/2019 | 004292713431 | | N | N | |

| | | | |
|---|---|---|---|
| Amount: | $3.45 | Sequence Number: | 4692835979 |
| Account: | 9607 | Capture Date: | 10/21/2019 |
| | | Check Number: | 209522698 |

```
GEICO GENERAL INSURANCE CO          Bank of America            52-153      NO. N 209522698
750 WOODBURY RD                     South Portland, ME 04106   112 ME
WOODBURY, NY 11797-2519             Claim Number: 0638802690101018          VOID AFTER 180 DAYS
Claimant:                           In Payment of: Personal Injury Protection   Date. 10/10/2019
Insured Name:                       41-19-1135-7527
Feature Symbol & Amount             03/04/2019                               Amount:
IPA $******3 45                     Int $3 45                                $********3.45

**THREE*AND*45/100*DOLLARS**...

                                                                 Mail To:
Pay to the Order of:                                             Abrams Fensterman Fensterman Eisman Fo
CONFIDENT MEDICAL SERVICES PC                                    3 Dakota Dr Ste 300
                                                                 New Hyde Park Ny 11042-1167

          AF19-10954 1                      Hollis White

    ⑈209522698⑈ ⑆011201539⑆        9607⑈
```

Electronic Endorsements:

| Date | Sequence | Bank # | TRN | RCC | Bank Name |
|---|---|---|---|---|---|
| 10/18/2019 | 000000886688376 | 00000 | Y | Y | HANOVER COMMUNITY BANK |
| 10/21/2019 | 9786512019 | | N | N | FED RES BK OF ATLANTA |
| 10/21/2019 | 004692835979 | | N | N | |

| | | | |
|---|---|---|---|
| Amount: | $2,682.72 | Sequence Number: | 9492279143 |
| Account: | ■■■■■9607 | Capture Date: | 05/14/2020 |
| | | Check Number: | 214998746 |

GOVERNMENT EMPLOYEES INSURANCE CO
750 WOODBURY RD
WOODBURY, NY 11797-2519

Bank of America
South Portland, ME 04106

52-153
112 ME

**NO. N 214998746**
VOID AFTER 180 DAYS
Date: 05/08/2020

Claimant:
Insured Name:
Feature Symbol & Amount
NBS $***2682.72

**Claim Number:** 0558440700101011
**In Payment of:** Personal Injury Protection
11/19/18
Principal Payment $2,682.72
41-19-1117-2487

Amount:
$****2,682.72

**TWO-THOUSAND-SIX-HUNDRED-EIGHTY-TWO*AND*72/100*DOLLARS**

Pay to the Order of:
**CONFIDENT MEDICAL SERVICE PC**

Mail To:
Abrams Fensterman Fensterman Eisman Fo
3 Dakota Dr Ste 300
Lake Success Ny 11042-1167

AF 19-10/530

*Neal M. Craig*

⑆214998746⑆ ⑆011201539⑆ ■■■■■9607⑆

For Deposit Only
Acct# ■■■■0468
Abrams Fensterman
2020-05-12
0886216801
18:35

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL USE ONLY

009492279143

Electronic Endorsements:

| Date | Sequence | Bank # | TRN | RCC | Bank Name |
|---|---|---|---|---|---|
| 05/13/2020 | 000000886216801 | 00000 | Y | Y | HANOVER COMMUNITY BANK |
| 05/14/2020 | 2204000516 | | N | N | FED RES BK OF ATLANTA |
| 05/14/2020 | 009492279143 | | N | N | |