

November 01, 2018 through November 30, 2018

Account Number: ███████████5382

- We updated our Wire Transfer Agreement, here's what you should know:
  ◦ You will still receive email notifications on the status of your wire transfer. However, we added that if we're unable to send an email due to system failures or outages, it's your responsibility to monitor your account for the status of your wire transfer.
  ◦ We clarified that you should expect your foreign exchange rate to be less favorable than rates quoted online or in publications.

Please call us at the number at the top of this statement if you have any questions.

## CHECKING SUMMARY    Chase Platinum Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | |
| Deposits and Additions | | |
| Electronic Withdrawals | | |
| Ending Balance | | |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | | |

Total Deposits and Additions

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | 11/01 Online ACH Payment 5045803904 To Confident Medical Services PC (_#####1771) | 95,000.00 |
| 11/08 | 11/08 Online ACH Payment 5046072354 To Confident Medical Services PC (_#####1771) | 95,000.00 |
| 11/09 | 11/09 Online ACH Payment 5046113568 To Confident Medical Services PC (_#####1771) | 50,000.00 |
| 11/20 | 11/20 Online ACH Payment 5206704643 To Confident Medical Services PC (_#####1771) | 20,000.00 |
| 11/26 | 11/26 Online ACH Payment 5206922417 To Confident Medical Services PC (_#####1771) | 50,000.00 |
| 11/29 | 11/29 Online ACH Payment 5207194612 To Confident Medical Services PC (_#####1771) | 140,000.00 |
| 11/30 | 11/30 Online ACH Payment 5207301150 To Confident Medical Services PC (_#####1771) | 20,000.00 |

Total Electronic Withdrawals



December 01, 2018 through December 31, 2018
Account Number: 5382

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

Total Deposits and Additions

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/05 | 12/05 Online ACH Payment 5207535460 To Confident Medical Services PC (_#####1771) | $25,000.00 |
| 12/10 | 12/10 Online ACH Payment 5207881789 To Confident Medical Services PC (_#####1771) | 50,000.00 |
| 12/12 | 12/12 Online ACH Payment 5208035843 To Confident Medical Services PC (_#####1771) | 20,000.00 |
| 12/21 | 12/21 Online Domestic Wire Transfer A/C: Confident Medical Services PC Lanoka Harbor, NJ 08734 Ref: Advance/Bnf/Advance Trn: 6437700355Es | 45,000.00 |
| 12/24 | 12/24 Online ACH Payment 5208765410 To Confident Medical Services PC (_#####1771) | 19,000.00 |



December 01, 2018 through December 31, 2018

Account Number: 5382

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/27 | 12/27 Online ACH Payment 5208968725 To Confident Medical Services PC (_#####1771) | 50,000.00 |
| 1■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■■■ |
| 12/27 | 12/27 Online ACH Payment 5208988990 To Confident Medical Services PC (_#####1771) | 25,000.00 |

**Total Electronic Withdrawals**     **$1,212,000.00**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |



## SERVICE CHARGE SUMMARY

Monthly Service Fee
Other Service Charges
**Total Service Charges**     Will be assessed on 1/2/19

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 6 | Unlimited | 0 | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 1 | 500 | 0 | | |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 6 | Unlimited | 0 | | |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 1 | 4 | 0 | | |
| **Subtotal Other Service Charges (Will be assessed on 1/2/19)** | | | | | |

**ACCOUNT** ■■■■5382

| | | | | | |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 6 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 1 | | | | |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 6 | | | | |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 1 | | | | |

Case 2:23-cv-09038-NCM-AYS    Document 122-26    Filed 12/15/25    Page 4 of 9 PageID #: 2701



January 01, 2019 through January 31, 2019

Account Number: 5382

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

Total Deposits and Additions

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | 01/03 Online ACH Payment 5209416195 To Confident Medical Services PC (_#####1771) | 30,000.00 |
| 01/09 | 01/09 Online ACH Payment 5209744285 To Confident Medical Services PC (_#####1771) | 4,200.00 |
| 01/14 | 01/14 Online ACH Payment 5210008292 To Confident Medical Services PC (_#####1771) | 70,000.00 |
| 01/15 | 01/15 Online ACH Payment 5210083590 To Confident Medical Services PC (_#####1771) | 10,000.00 |
| 01/22 | 01/22 Online ACH Payment 5210451168 To Confident Medical Services PC (_#####1771) | 145,000.00 |
| 01/24 | 01/24 Online ACH Payment 5210606923 To Confident Medical Services PC (_#####1771) | 25,000.00 |

SB1726618-F1

Page 2 of 4

16



January 01, 2019 through January 31, 2019

Account Number: 5382

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/31 | 01/31 Online ACH Payment 5211118588 To Confident Medical Services PC (_#####1771) | 70,000.00 |

**Total Electronic Withdrawals**

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Total Fees**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|

## SERVICE CHARGE SUMMARY

Monthly Service Fee
Other Service Charges
**Total Service Charges**  Will be assessed on 2/1/19

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 8 | Unlimited | 0 | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 1 | 500 | 0 | | |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 8 | Unlimited | 0 | | |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 1 | 4 | 0 | | |
| **Subtotal Other Service Charges (Will be assessed on 2/1/19)** | | | | | |



February 01, 2019 through February 28, 2019

Account Number: █████████5382

## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| ███ | ██████████████ | ███ |

**Total Deposits and Additions** ███

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/05 | 02/05 Online ACH Payment 5211461546 To Confident Medical Services PC (_#####1771) | 70,000.00 |
| 02/06 | 02/06 Online ACH Payment 5211572534 To Confident Medical Services PC (_#####1771) | 25,000.00 |
| 02/12 | 02/12 Online ACH Payment 5211952981 To Confident Medical Services PC (_#####1771) | 10,000.00 |
| 02/12 | 02/12 Online ACH Payment 5211953862 To Confident Medical Services PC (_#####1771) | 18,000.00 |
| 02/15 | 02/15 Online ACH Payment 5212274360 To Confident Medical Services PC (_#####1771) | 17,000.00 |
| 02/19 | 02/19 Online ACH Payment 5212419634 To Confident Medical Services PC (_#####1771) | 40,000.00 |
| 02/20 | 02/20 Online ACH Payment 5212492552 To Confident Medical Services PC (_#####1771) | 20,000.00 |
| 02/28 | 02/28 Online Domestic Wire Transfer A/C: Confident Medical Services PC Lanoka Harbor, NJ 08734 Ref: Advance/Bnf/Advance Trn: 5607700059Es | 9,000.00 |

**Total Electronic Withdrawals** ███



March 01, 2019 through March 29, 2019
Account Number: ████████5382

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 03/07 | 03/07 Online Domestic Wire Transfer A/C: Confident Medical Services PC Lanoka Harbor, NJ 08734 Ref: Advance/Bnf/Advance Confident Medical Services PC 35 Ackerman Ave Clif Ton NJ 07011 US Trn: 3079600066Es | 6,500.00 |
| 03/08 | 03/08 Online ACH Payment 5213824748 To Confident Medical Services PC (_#####1771) | 25,000.00 |
| 03/15 | 03/15 Online ACH Payment 5214361942 To Confident Medical Services PC (_#####1771) | 50,000.00 |
| 03/20 | 03/20 Online ACH Payment 5214651151 To Confident Medical Services PC (_#####1771) | 8,000.00 |
| 03/25 | 03/25 Online Domestic Wire Transfer A/C: Confident Medical Services PC Lanoka Harbor, NJ 08734 Ref: Advance/Bnf/Advance Trn: 5632800081Es | 42,000.00 |
| 03/26 | 03/26 Online ACH Payment 5215020171 To Confident Medical Services PC (_#####1771) | 50,000.00 |

Total Electronic Withdrawals

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | | DATE | AMOUNT |
|---|---|---|---|---|---|





March 30, 2019 through April 30, 2019
Account Number: 5382

## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Total Deposits and Additions**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | 04/03 Online ACH Payment 5215736177 To Confident Medical Services PC (_#####1771) | 12,000.00 |
| 04/09 | 04/09 Online ACH Payment 5216145305 To Confident Medical Services PC (_#####1771) | 40,000.00 |
| 04/15 | 04/15 Online Domestic Wire Transfer A/C: Confident Medical Services PC Lanoka Harbor, NJ 08734 Ref: Advance/Bnf/Advance Trn: 4356200105Es | 15,000.00 |
| 04/17 | 04/17 Online ACH Payment 5216834993 To Confident Medical Services PC (_#####1771) | 2,000.00 |
| 04/22 | 04/22 Online ACH Payment 5217043503 To Confident Medical Services PC (_#####1771) | 25,000.00 |
| 04/26 | 04/26 Online ACH Payment 5217475626 To Confident Medical Services PC (_#####1771) | 5,000.00 |

**Total Electronic Withdrawals**



May 01, 2019 through May 31, 2019
Account Number: 5382

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | | |

Total Deposits and Additions

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/03 | 05/03 Online ACH Payment 5218109661 To Confident Medical Services PC (_#####1771) | 5,000.00 |
| 05/13 | 05/11 Online ACH Payment 5218720403 To Confident Medical Services PC (_#####1771) | 24,000.00 |
| 05/17 | 05/17 Online ACH Payment 5219235963 To Confident Medical Services PC (_#####1771) | 12,000.00 |
| 05/21 | 05/21 Online ACH Payment 5219411775 To Confident Medical Services PC (_#####1771) | 15,000.00 |