# EXHIBIT "2"



June 30, 2018 through July 31, 2018

Account Number: 7598

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/11 | 07/11 Online Domestic Wire Transfer Via: Northfield Bank/226071457 A/C: Amg Management Inc Manalapan NJ 07726 US Ref: Loan Advance/Bnf/Loan Advance Imad: 0711B1Qgc08C027537 Trn: 5350000192Es | 50,000.00 |